NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-323

ANCILLARY SUCCESSION OF

H.J. LUTCHER STARK

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 15,405
HONORABLE ROBERT WYATT, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Billie Colombaro
Woodard and Oswald A. Decuir, Judges.

Woodard, J., concurs in the result.

AFFIRMED.

J. Michael Veron
Russell J. Stutes, Jr.
J. Chris Guillet
Scofield, Gerard, Veron,
    Singletary & Pohorelsky
P. O. Box 3028
Lake Charles, LA 70602-3028
(337) 433-9436
Counsel for Appellee:
    H.J. Lutcher Stark Foundation

**Allen L. Smith  Jr.**
**Plauche, Smith & Nieset**
**P. O. Box 1705**
**Lake Charles, LA 70602**
**(337) 436-0522**
**Counsel for Appellees:**
**Roy Wingate**
**Walter G. Riedel, III**
**Eunice Benckenstein**
**H.J. Lutcher Stark Foundation**

**H. Aubrey White, III**
**Stockwell, Sievert, Viccellio,**
**Clements & Shaddock, L.L.P.**
**P. O. Box 2900**
**Lake Charles, LA 70602-2900**
**(337) 436-9491**
**Counsel for Appellees:**
**Rebecca Stark Nugent**
**Homer Stark**

**L. Clayton Burgess**
**Attorney at Law**
**P. O. Drawer 5250**
**Lafayette, LA 70502-5250**
**(337) 234-7573**
**Counsel for Appellants:**
**William Stark**
**Lynn Stark Barras**
**Randall Stark**
**Ida Marie Stark**